IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DANNUNZIO,<br><br>　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO.<br><br>　　Defendant. | Civil Action No. 2:21-cv-01984-MMB |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S RULE 12(B)(6) MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff, by and through the undersigned counsel, hereby responds in opposition to Defendant Liberty Mutual Insurance Company's Motion to Dismiss Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"). This Court should deny Defendant's Motion for the reasons set forth in the accompanying Memorandum of Law, which is incorporated by reference herein. Plaintiff further respectfully requests oral arguments.

Respectfully submitted,

**GORSKI LAW, PLLC**

/s/ Gregory Gorski
GREGORY GORSKI
PA Attorney ID: 91365
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Tel: 215-330-2100
Email: greg@greggorskilaw.com

Attorneys for Plaintiff

Dated: August 23, 2021