# EXHIBIT A

# Dannunzio v. Liberty Mutual Insurance Co., Case No. 2:21-cv-01984-MMB

From: **Illy Vukas** | illy@greggorskilaw.com     Thursday, Jul 8, 1:53 PM

To: **ecf_clerksoffice@paed.uscourts.gov**

Cc: **Greg Gorski** | greg@greggorskilaw.com

To the Clerk's Office,

Please find attached the parties' Joint Stipulation for Extension in *Dannunzio v. Liberty Mutual Insurance Co., Case No. 2:21-cv-01984-MMB* before The Honorable Michael M. Baylson.

Thank you,

## GORSKI LAW PLLC

Ilijana Vukas | Paralegal
1635 Market Street
Suite 1600
Philadelphia, PA 19103
215-330-2100
illy@greggorskilaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DANNUNZIO, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE CO. <br><br> Defendant. | Civil Action No. 2:21-cv-01984-MMB |

## STIPULATION

AND NOW, on this 8th day of July, 2021, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff and Defendant Liberty Mutual Insurance Co., that the deadline for Plaintiff to respond to Defendant's Rule 12(b)(6) Motion To Dismiss Complaint be extended through and including Monday, July 26, 2021.

| | |
|---|---|
| **GORSKI LAW, PLLC** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| */s/ Gregory Gorski* <br> GREGORY GORSKI <br> 1635 Market Street, Suite 1600 <br> Philadelphia, PA 19103 <br><br> Attorneys for Plaintiff | */s/ Jeffrey J. Chomko* <br> JEFFREY J. CHOMKO, ESQUIRE <br> 2000 Market Street, Suite 2300 <br> Philadelphia, PA 19103 <br><br> Attorneys for Defendant |

APPROVED BY THE COURT:

Date: _____

_____
BAYLSON,                J.