# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DANNUNZIO, | |
| Plaintiff, | Civil Action No. 2:21-cv-01984-MMB |
| v. | |
| LIBERTY MUTUAL INSURANCE CO. | |
| Defendant. | |

## ORDER

**AND NOW** on this ___ day of _____, 2021, upon consideration of Defendant Liberty Mutual Insurance Company's Motion to Dismiss Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
MICHAEL M. BAYLSON, U.S.D.J.