# CERTIFICATE OF SERVICE

I, **GREGORY GORSKI,** do hereby certify that, on August 23, 2021, I caused a true and correct copy of Plaintiff's Response in Opposition to Defendant Liberty Mutual Insurance Company's Motion To Dismiss Amended Complaint to be served by ECF notification upon the following counsel of record:

>Jeffrey J. Chomko, Esquire
>Ryan P. Friel, Esquire
>**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
>2000 Market Street, 23rd Floor
>Philadelphia, PA 19103
>Tel: (215) 575-2632
>Tel: (215) 575-2758
>Email: jjchomko@mdwcg.com
>Email: rpfriel@mdwcg.com

>**GORSKI LAW, PLLC**
>
>/s/ Gregory Gorski
>GREGORY GORSKI
>PA Attorney ID: 91365
>1635 Market Street, Suite 1600
>Philadelphia, PA 19103
>Tel: 215-330-2100
>Email: greg@greggorskilaw.com
>
>Attorneys for Plaintiff

Dated: August 23, 2021