**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY DANNUNZIO,** <br> **v.** <br> **LIBERTY MUTUAL INSURANCE CO.** | **CIVIL ACTION** <br> **NO. 21-1984** |

**ORDER RE. MOTION TO DISMISS**

**AND NOW**, this 5th day of November, 2021, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF 5) is DENIED for the reasons stated in the foregoing Memorandum.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

1